■ CAROLYN BALTZER, Appellant, v FEDERATED DEPARTMENT STORES, INC., et al., Respondents. [833 NYS2d 398]—In an action

to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Baisley, J.), dated March 29, 2006, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court correctly determined that there were no triable issues of fact. Mastro, J.P., Rivera, Dillon and Carni, JJ., concur.